IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PROPHET PAULCIN,

    Plaintiff,

v.                                                                       4:19cv47–WS/MAF

M. KEY, A.R.N.P.,

    Defendant.

_____

## ORDER DENYING PLAINTIFF'S AMENDED
## MOTION FOR A TEMPORARY RESTRAINING ORDER

Before the court is the magistrate judge's report and recommendation (ECF No. 43) docketed May 21, 2020. The magistrate judge recommends that the plaintiff's amended motion for a temporary restraining order (ECF No. 39) be denied. The plaintiff has filed no objections to the report and recommendation.

Upon review of the record, the court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

Page 2 of 2

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's motion (ECF No. 39) for a temporary restraining order is DENIED as moot.

3. The plaintiff's amended motion (ECF No. 41) for a temporary restraining order (ECF No. 4) is DENIED.

4. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   23rd   day of   June  , 2020.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE