UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PROPHET PAULCIN,
D.O.C # W11537,

      Plaintiff,

v.                                                                      4:19cv47–WS/MAF

M. KEY, A.R.N.P.,

      Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
THIRD REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's third report and recommendation
(ECF No. 136) docketed August 4, 2022. The magistrate judge recommends that
Defendant's motion for summary judgment (ECF No. 113) be granted. Plaintiff
has filed objections (ECF No. 140) to the report and recommendation. Defendant
has filed a response (ECF No. 143) to Plaintiff's objections.

      The undersigned has reviewed the record and finds, as did the
magistrate judge, that Defendant is entitled to summary judgment. Accordingly, it
is ORDERED:

1. The magistrate judge's third report and recommendation (ECF No. 136) is ADOPTED and incorporated by reference into this order.

2. Defendant's motion for summary judgment (ECF No. 113) is GRANTED.

3. The clerk shall enter judgment stating: "All claims against Defendant are dismissed with prejudice."

5. The clerk shall close the case.

DONE AND ORDERED this ___13th___ day of ___October___, 2022.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE